AUGUST MATTHEWS, RESPONDENT, v. TOWNSHIP OF WOODBRIDGE, APPELLANT.

Submitted May 29, 1936—Decided October 2, 1936.

For the respondent, *Matthew F. Melko*.

For the appellant, *William P. Braun*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 13.

*For reversal*—None.